UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Raymond W. Briand

       v.　　　　　　　　　　　　　　　Civil No. 09-cv-137-JD

F. W. Webb Company

O R D E R

On September 11, 2009, plaintiff filed a document entitled "Plaintiff's Rule 26 Disclosures," Document #10. Pursuant to Fed. R. Civ. P. 5(d), disclosures under Rule 26(a)(1) or(2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or to permit entry upon land, and requests for admission .

It is, therefore, ordered that Plaintiff's Rule 26 Disclosure be stricken and removed from the docket.

SO ORDERED.


September 15, 2009　　　　　　　　　　*/s/ Joseph A. DiClerico, Jr.*
　　　　　　　　　　　　　　　　　　　Joseph A. DiClerico, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge


cc:　　Steven Hengen, Esq.
　　　Christopher Marino, Esq.
　　　Gary Feldman, Esq.
　　　Dennis Ducharme, Esq.